# United States Court of Appeals
## for the Federal Circuit

Chambers of
**Glenn L. Archer, Jr.**
Senior Circuit Judge

717 Madison Place, N.W.
Washington, D.C. 20439
Phone: 202-633-5846

August 31, 2009

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, D.C. 20544

Re: Response to August 11, 2009 Letter

Dear Judge Baldock:

In response to your letter of August 11, 2009, please find the requested information below.

The assets ATT as well as Applied Materials were both acquired in 2008. Thus, Part VII, lines 80 and 81 should be revised as follows:

|    |                      | D(1) | D(2) | D(3) |
|----|----------------------|------|------|------|
| 80 | ATT-com              | Buy  | 4/4  | K    |
| 81 | Applied Materials_com | Buy  | 4/4  | J    |

I apologize for the delay in providing the necessary information to review and close my 2008 Report.

Sincerely,



Glenn L. Archer, Jr.
Senior Circuit Judge

**Archer Jr, Glenn L**

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Archer, Jr., Glenn L. | 2. Court or Organization<br><br>Ct. of Appeals Federal Circuit | 3. Date of Report<br><br>06/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>717 Madison Pl.,N.W.<br>Washington, D.C., 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sec'y-Treas. | Glenmar Farms ( █████ farm) Yellow Springs, W.Va. |
| 2. Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. Trustee | Trust #2 (See part VII) |
| 4. Trustee | Glenn █████ Archer Trust (see Part VIII) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 20 A 10: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | monthly | Alaska retirement annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sherman Foundation | 10/16 | Newport Beach, Ca | Bd of Dir meeting | Trans, Lodging and Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 - E-Trade | A | Int &Div | K | T | | | | | |
| 4. --Apple-com | | | | | | | | | |
| 5. --Microsoft=com | | | | | | | | | |
| 6. _Cisco com | | | | | | | | | |
| 7. - Altria com | | | | | | | | | |
| 8. -Kr aft- Cl A | | | | | | | | | |
| 9. - Citigroup | | | | | Buy | 11/20 | J | | |
| 10. --Philip Morris Int'l | | | | | Spinoff (from line 7) | 3/19 | J | | |
| 11. _E-Tradet Money Market Funds | | | | | | | | | |
| 12. IRA #2 - E-Trade | A | Int & Div | K | T | | | | | |
| 13. _Cisco com | | | | | | | | | |
| 14. _Intel com | | | | | | | | | |
| 15. _Mariott com | | | | | | | | | |
| 16. _Microsoft com | | | | | | | | | |
| 17. _Applied Materials com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F=$50,001 - $100,000 | B =$1,001 - $2,500 G=$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N=$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O=$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Petsmart-com | | | | | | | | | |
| 19. _E-Trade Money Market Funds | | | | | | | | | |
| 20. Harris Bank – Brokerage Acct GA███Tr @Harris Bk | | | | | | | | | See Part VIII |
| 21. _Microsoft com | A | Dividend | J | T | | | | | |
| 22. -ACM Inc Fd | A | Dividend | J | T | | | | | |
| 23. -Am Cent GNMA Fd | A | Interest | J | T | | | | | |
| 24. -Cohen & Steers REIT Fd | A | Dividend | J | T | | | | | |
| 25. Dodge & Cox Inc Fd | A | Dividend | J | T | | | | | |
| 26. -Edison International | A | Dividend | J | T | | | | | |
| 27. -Hawaiian Elec Inds | A | Dividend | J | T | | | | | |
| 28. -Hyperion Tot Rt Fd | A | Dividend | J | T | | | | | |
| 29. -Peyder & Rygel GNMA Fd | A | Dividend | J | T | | | | | |
| 30. -Rite Aid Corp | A | Dividend | J | T | | | | | |
| 31. -Southern Co | A | Dividend | J | T | | | | | |
| 32. -Vanguard GNMA Fd | A | Interest | J | T | | | | | |
| 33. -Wachovia Pref Series A | A | Dividend | J | T | | | | | |
| 34. -US Treas Bond 11/15/21 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. —Harriis Bank—Virtus Money Market Funds | C | Interest | N | T | | | | | |
| 36. Trust #1 (JEWL Tr) at Harris Bank | D | Int & Div | M | T | | | | | See Part VIII line2 |
| 37. -Alliance Bernstein | | | | | Partial sale | 9/19/ | K | E | |
| 38. _American El Power com | | | | | | | | | |
| 39. _Cisco com | | | | | | | | | |
| 40. _Intel com | | | | | | | | | |
| 41. _Equity One com | | | | | | | | | |
| 42. _Microsoft com | | | | | | | | | |
| 43. _Altria | | | | | | | | | - |
| 44. _Kraft Cl A | | | | | | | | | |
| 45. _Goldman Sachs | | | | | | | | | |
| 46. +Halliburton | | | | | | | | | |
| 47. - Phillip Morris Int'l | | | | | Spinoff (from line 43) | 3/19 | J | | |
| 48. --I SharesEFA | | | | | Buy | 07/09 | J | | |
| 49. | | | | | Sold | 12/30 | J | | Seepart VIII, line 3 |
| 50. --Pimco PCRIX | | | | | Buy | 07/09 | J | | |
| 51. | | | | | Sold | 10/10 | J | | same |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. —Pimco High Yield Fund | | | | | Buy | 07/09 | J | | |
| 53. | | | | | Sold | 12/30 | J | | same |
| 54. ---Templeton TFSCX | | | | | Buy | 07/09 | J | | |
| 55. | | | | | Sold | 12/30 | J | | same |
| 56. ---Vanguard VWO | | | | | Buy | 07/09 | J | | |
| 57. | | | | | Sold | 12/30 | J | | same |
| 58. —Wt Mut CRIMX | | | | | Buy | 07/09 | J | | |
| 59. | | | | | Sold | 12/30 | J | | same |
| 60. —Harris Bank- Virtus Money Market Funds | | | | | | | | | |
| 61. Real Property -Fawnskin, Ca | | None | | | Sold | 11/1 | O | G | See Part VIII, line 5 |
| 62. Real Property - Las Vegas, NV | B | Rent | L | W | | | | | |
| 63. Trust #2 -at Harris Bank | D | Int & Div | O | T | | | | | See Part VIII, line2 |
| 64. —Harriis Bank - Virtus Money Market Funds | | | | | | | | | |
| 65. _Queen Annes Co Md Scl Bonds 15Jan13 | | | | | | | | | |
| 66. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 67. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 68. _Md St Health Bond 15Aug18 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 70. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 71. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 72. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 73. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 74. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 75. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 76. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 77. _Md St Hlth Hef Bonds 1Jan33 | | | | | Redeemed | 1/2 | K | A | |
| 78. _Constellation Energy com | | | | | | | | | |
| 79. _FPL Group com | | | | | | | | | |
| 80. _ATT-com | | | | | | | | | |
| 81. _Applied Materials_com | | | | | | | | | |
| 82. — I Shares DJ US Real Est | | | | | Buy | 07/09 | J | | |
| 83. | | | | | Sold | 12/30 | J | | See Part VIII, line 3 |
| 84. — I Shares EFA | | | | | Buy | 07/09 | K | | |
| 85. | | | | | Sold | 12/30 | K | | same |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 06/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. —I Shares IVV | | | | | Buy | 07/09 | L | | |
| 87. | | | | | Sold | 12/30 | L | | same |
| 88. --Pimco PCRIX | | | | | Buy | 07/09 | J | | |
| 89. | | | | | Sold | 10/10 | J | | same |
| 90. --Pimco High Yield | | | | | Buy | 07/09 | J | | |
| 91. | | | | | Sold | 12/30 | J | | same |
| 92. --Templeton TFSCX | | | | | Buy | 07/09 | J | | |
| 93. | | | | | Sold | 12/30 | J | | same |
| 94. --Vanguard VWO | | | | | Buy | 07/09 | J | | |
| 95. | | | | | Sold | 12/30 | J | | same |
| 96. -- Wt Mut Mid Cap Value Fd | | | | | Buy | 07/09 | J | | |
| 97. | | | | | Sold | 12/30 | J | | same |
| 98. Trust #2 cont'd - (Not in Harris Bank) | | | | | | | | | |
| 99. —Real Property Norton Co Ks | D | Rent & Rlty | J | W | Sold (part) | 3/31 | N | G | See Part VIII, line4 |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

For Part I, Line 4 - Living Trust for ▆▆▆▆▆ me executed in 2008, of which we are Trustees and beneficiaries.

For Part VII, Line 20 - see above.   Also, E-Trade accounts (other than IRA accounts) transferred to Harris  Bank , effective June 1

For Part VII, varioua lines - sales did not produce gains

For PartVII, line 99,  sold at auction,  buyer  not known .  Mineral  rights retained

For Part VII,line 61 , sold to Grant & Georgeanne Maltmann, Fawnskin, Ca.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544